# IN THE SUPREME COURT OF THE STATE OF NEVADA

DUSTIN MILLER, A/K/A DUSTON MILLER,

           Appellant,

vs.

THE STATE OF NEVADA,

           Respondent.

No. 79144

**FILED**

AUG 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to compel trial and sentencing transcripts. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
    Pickering

_____, J.
    Parraguirre

_____, J.
    Cadish

cc:    Hon. Kathleen E. Delaney, District Judge
       Dustin Miller
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk